# EXHIBIT 2

**IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS**

| | |
|---|---|
| WILLIAM RAY ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2024-MR-000124 |
| ) | |
| ROXANA CHURCH OF THE NAZARENE, ) | **JURY TRIAL DEMAND** |
| ) | |
| Defendant. ) | |

**NOTICE TO THE CLERK OF THE CIRCUIT COURT OF MADISON COUNTY, ILLINOIS OF REMOVAL OF ACTION**

To:   Clerk of the Circuit Court of Madison County, Illinois

PLEASE TAKE NOTICE that on June 6, 2024, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, the above captioned action was removed from this Court to the United States District Court for the Southern District of Illinois.  A true and correct copy of the Notice of Removal is attached as **Exhibit 1**.

MATHIS MARIFIAN & RICHTER, LTD.

By:   /s/ Philip D. Speicher
Philip D. Speicher, #6285192
Laura E. Schrick, #6284750
23 Public Square, Suite 300
Belleville, Illinois  62220
(618) 234-9800
(618) 234-9786 Fax
pspeicher@mmrld.com

Attorneys for Defendant,
*Roxana Church of the Nazarene*

{M1387211.1}

## **CERTIFICATE OF SERVICE**

This is to certify that a copy hereof was served upon Plaintiff by first class mail, postage prepaid, addressed as follows:

> William Rogers
> 268 South 8th
> Wood River, IL 62095

/s/Laura E. Schrick