In the U.S. District Court
For the Southern District of Illinois

William Rogers                               Case Number 3:24-CV-01451-SPM

   Plaintiff

   vs

Roxana Church of the Nazarene
   "Defendant

Motion to Remand

This case was removed to federal court based on a claim of federal claim of jurisdition. However, this is not a federal cause of action. Defendent's federal claims are a federal defense. Therefore, the case should be remanded back to the circuit court in Edwardsville.

William Rogers
268 South 8th
Wood River,   IL   62095

Certificate of Service

The undersigned certifies the forgoing docummentation was filed by depositing said documentation in the United States Postal Service as requested by the clerk of said court.

6/20/24                                      S/William Rogers



SAINT LOUIS MO 630
25 JUN 2024 PM 6 L

MAIL CLEARED
US MARSHALS

Clerk
United States District Court
750 Missouri Avenue
East St. Louis, IL 62201

62201-295429

William Rogers
268 South 9th
Wood River IL 62095

